UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
INNOVATIVE SPORTS MANAGEMENT, INC.,
 D/B/A INTEGRATED SPORTS MEDIA,

                        Plaintiff,

     v.

CARLOS MEJIA, INDIVIDUALLY AND D/B/A LIMA
RESTAURANT; AND LIMA RESTAURANT CORP.,
 D/B/A LIMA RESTAURANT,

                       Defendants.
----------------------------------------------------------------X

JUDGMENT

20-CV-2943 (PKC) (RER)

       An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on August 26, 2021, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, dated August 3, 2021, granting in part and denying in part plaintiff's 9 motion for default judgment; denying the motion as to Defendant Mejia; entering judgment against Defendant Lima Restaurant Corp. for $3,742.50, plus post-judgment interest, and reasonable attorney's fees and costs to be determined at a later date; and granting Plaintiff leave to seek fees and costs by submitting a properly supported application within thirty (30) days of the date of this Order; it is

       ORDERED and ADJUDGED that plaintiff's motion for default judgment is granted in part and denied in part; that the motion is denied as to Defendant Mejia; that judgment is hereby entered against Defendant Lima Restaurant Corp. for $3,742.50, plus post-judgment interest, and reasonable attorney's fees and costs to be determined at a later date; and that Plaintiff is granted leave to seek fees and costs by submitting a properly supported application within thirty (30) days of the date of this Order.

Dated: Brooklyn, New York  
      August 27, 2021

Douglas C. Palmer  
Clerk of Court

By:   <u>*/s/Jalitza Poveda*</u>  
      Deputy Clerk